UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 4-CR-14-275 |
| v. : | |
| THUNG VAN HUYNH, : | (JUDGE MANNION) |
| Defendant : | |

### ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED:**

1. Defendant Huynh's Motion to Dismiss Count One of the Superseding Indictment as Duplicitous, (Doc. 142), is **DENIED**;

2. Defendant Huynh's Motion to Change Venue, (Doc. 144), is **DENIED**; and

3. Defendant Huynh's Motion in Limine, (Doc. 146), is **DENIED**.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: December 22, 2016
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2014 CRIMINAL MEMORANDA\14-0275-01-ORDER.wpd